In the Matter of ALBANY LAW SCHOOL et al., Respondents-Appellants, v NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES et al., Appellants-Respondents.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 81 AD3d 145.

Motion by National Disability Rights Network, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

MARIA AUQUI et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted February 6, 2012; decided February 16, 2012

Reported below, 83 AD3d 407.

Motion by Consolidated Edison Company of New York, Inc. for leave to appear amicus curiae on the appeal herein denied.

Chief Judge LIPPMAN taking no part.